**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 18, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00563-CV

---

## IN RE PHILIPPE RENE NOTTEBOHM MAGANA AND MERCATIL MURCIA S.A. DE C.V, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 405,973-401**

---

## MEMORANDUM OPINION

On June 28, 2013, relators Philippe Rene Nottebohm Magana and Mercatil Murcia S.A. DE C.V filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Christine Butts, presiding judge of the Probate

Court No 4 of Harris County to grant their motion for new trial because the court reporter who prepared the record of proceedings below was not certified at the time.

Mandamus relief is available when the trial court abuses its discretion and there is no adequate remedy at law, such as by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004). Denial of a motion for new trial can be raised on appeal from final judgment, and relators already have such an appeal pending in this Court. Consequently, they have an adequate remedy at law. The case may be abated to give the successor court reporter an opportunity to certify the record.

Relators have not established entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.